UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11801 RWZ

| | |
|---|---|
| KENNETH E. MELONEY and CARMELLA D. MELONEY,<br>    Plaintiffs<br><br>Vs.<br>ALL SYSTEMS MECHANICAL, INC., and NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br>    Defendants | **NOTICE OF DISMISSAL PURSUANT to FRCP 41(a)(1)(i)** |

The plaintiffs in this action, Kenneth E. Meloney and Carmella D. Meloney, hereby stipulate to the dismissal of the Complaint in this action pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i) and further state that no adverse party has served either an Answer or a Motion for Summary Judgment.

WHEREFORE, plaintiffs move this Court for an Order dismissing their Complaint.

                              Plaintiffs, by their attorney,

                              /s/_____
                              Miles Siegel
                              BBO# 461720
                              Ten Winthrop Square
                              Boston, MA  02110
                              (617) 350-0100
                              milesiegel@juno.com